Troy J. Munson
10808 192nd St. Ct.E
Graham, WA 98338
Petitioner, *Pro Se*

FILED _____ LODGED
_____ RECEIVED

**OCT 28 2011**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON
## TACOMA

| | |
|---|---|
| **TROY J. MUNSON,** | ) CASE NO. C11-5893 RBL |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) **PETITION TO QUASH IRS** |
| **UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, and ERIC NIX, REVENUE AGENT ,** | ) **THIRD PARTY SUMMONS** |
| | ) |
| Respondents. | ) |
| | ) 11-CV-05893-CMP |

COMES NOW Troy J. Munson, Petitioner, *pro se*, and petitions this Court to

quash an Internal Revenue Service Third Party Administrative Summons.

### JURISDICTION

1.      This Court has jurisdiction pursuant to Title 26 U.S.C. § 7609 and Title 5

U.S.C. § 552(a). [1]

2.      Venue is proper, because the custodian of records and records sought (the

_____

[1] All further references to Code Sections are to Title 26 unless otherwise noted.

1

subject of this controversy) by the summonses to Bank of America is within the United States District Court for the Western District of Washington, Seattle. Three additional related Summons, whose target was either Troy J. Munson, petitioner's husband, and/or Advanced Chiropractic Health and Wellness Center, LLC. were issued to (1) Key Bank within the United States District Court for the District of Ohio, Northern District, Cleveland, (2) Union Bank of California, within the United States District Court for the Central District of California, Western Division, and (3) Bank of America within the United States District Court for the District of Washington, Western District, Seattle. [2] Petitioner contends that judicial economy and the convenience of the parties dictates that these summonses should be heard together. Petitioner will seek counsel to consider whether a motion should be made to change the venue of the Ohio and California proceedings to The Western District of Washington where Petitioner, her husband Troy J. Munson, and the majority of the Parties are all located. [3] This is the venue where all records are to be produced.

## PARTIES

3.      The Petitioner in this action is Troy J. Munson, (Munson), whose address is

[2] 28 U.S.C. Section 7609(h) states – "The United States district court for the district within which the person to be summoned resides or is found shall have jurisdiction to hear and determine any proceeding brought under subsection (b)(2), (f), or (g)." Thus, the Motion to Quash the IRS Summons in the four other cases have been filed in their respective Districts and States. However, see footnote 3, below.

[3] Section 7402(b)'s language (shared with Section 7604(a) and 7609(h)) -- "the district court of the United States for the district in which such person resides or may be found" -- is not a grant of subject matter jurisdiction but "is in the nature of a venue provision." *United States v. Hankins*, 581 F.2d 431, 439 n.11 (5th Cir. 1978) ("Montgomery characterizes this statute as a grant of subject matter jurisdiction, but we think this assertion incorrect.").

10808 192nd St. Ct. E Graham, WA 98338.

4.      The Respondents in this action are the United States of America, the Internal Revenue Service (hereinafter "IRS") and Eric Nix, IRS Revenue Agent (Nix).

5.      Nix is the IRS official that issued the alleged summonses which are the subject of this controversy.  Nix's mailing address is 1202 Pacific Avenue, Suite 550 MS. W8O6EN, Tacoma, Washington 98402.

6.      The Third Party from whom IRS seeks records is:

a)  JP Morgan Chase Bank; c /o Corporation System 1801 West Bay

Dr. NW Ste 206, Olympia, Washington 98507.

7.      The third party summons was issued to Bank of America on October 13, 2011.  (See Exhibit "A" the IRS summons issued to Bank of America, a true and correct copy attached hereto.)  On or about 1November 13, 2011 Bank of America is scheduled to comply with the IRS summons, surrendering Munson's records to the IRS.

### CAUSES OF ACTION AGAINST RESPONDENTS

For the Causes of Action against the Respondents, and each of them, Munson alleges as follows:

### I. First Cause of Action Against Respondents

8.      The Summonses, and each of them set forth herein above, are in violation of the statutory summons process and should be quashed because IRS failed to give Munson timely notices required by 26 U.S.C., Section 7609(a)(1), *i.e*, 23 days notice prior to the date set to turn over the records requested.  As a consequence Munson was

not given the opportunity to timely file a Petition to Quash the Summons pursuant to Section 7609(b)(1).

## II. Second Cause of Action Against Respondents

9.      The IRS is in violation of the statutory summons process as they failed to provide Munson advance notice that contact with any of these third parties were to be made; and, failed to periodically provide Munson with a record of persons contacted by IRS about Munson as required by Section 7602(c)(1)&(2).

## III. Third Cause of Action Against Respondents

10.     Munson alleges upon information and belief that the Summonses, and each of them, were issued while a referral for criminal prosecution to the Department of Justice is pending, which was made by the IRS in violation of Section7602(d)(2)(A).

## IV. Fourth Cause of Action Against Respondents

11.     Because of the violations and abuses of the summonses process as alleged within paragraphs 8 through 13, inclusive, the IRS failed to meet the "GOOD FAITH" requirement of the *Powell* [4] standard.

## V. Fifth Cause of Action Against Respondents

12.     Respondents, contrary to law have caused, or will cause, Munson's records to be turned over to the Respondents in violation of the banking and constitutional Privacy Laws of the United States of America and the constitutional privacy laws of the State of Washington.

## VI. Sixth Cause of Action Against Respondent

[4] *United States v. Powell*, 379 U.S. 48, 85 S.Ct. 248 (1964).

13.    Respondents, and each of them have abused the summons process by issuing past third party summonses "In the matter of . . . . . Troy J. Munson", and then subsequently withdrawing the same after Munson files a Petition to Quash the Summons in district court.  The Petition to Quash is then dismissed for lack of jurisdiction and the same IRS agent re-issues an identical summons to the same third party "In the matter of . . . . . Troy J. Munson" once again beginning the summons process.  All for no apparent reason excepting to harass and intimidate Munson and his wife Jeanne Munson.

<u>PRAYER FOR RELIEF</u>

Wherefore, Munson respectfully requests that this Court:

1.    QUASH the third party administrative summonses of October 13, 2011, to J.P. Morgan Chase Bank for the records pertaining to Troy J. Munson.

2.    ORDER that the IRS turn over to Munson a copy of any and all summonses and request for documents that were issued to third parties that were issued by IRS to any Third Parties to obtain records.

3.    ORDER that the IRS turn over to Munson any and all records that were or will be obtained, in its investigation of Munson by any means that were not in full compliance with the summonsing provisions of the Internal Revenue Code Section 7602, et seq. and Section 7609, et seq.

4.    ORDER Respondent to pay Munson $1,000.00 for each violation of the State and Federal Privacy Laws.

5.    Grant any and all other relief that the Court deems just and prudent, the foregoing

considered.

Dated: _OCT  27_____, 2011

Troy J. Munson, *Pro Se* Petitioner
10808 192nd St. Ct. E
Graham, WA 98338

## CERTIFICATE OF SERVICE

I, Troy J. Munson, certify that pursuant to IRC §7609(b)(2)(B) true copies of the attached **"PETITION TO QUASH IRS THIRD PARTY SUMMONSES"** has been served, on this $\underline{27}$ ᵗʰ day of October, 2011, via Certified Mail to each of the following parties:

Cert. Mail # _7007 1490 0004 4887 1666_
Internal Revenue Service, Eric Nix, Revenue Agent
1202 Pacific Avenue, Suite 550 MS. W8O6EN
Tacoma, Washington 98402


Cert. Mail # _7007 1490 0004 4887 1703_
JP Morgan Chase Bank; c /o Corporation System
1801 West Bay Dr. NW Ste 206
Olympia, Washington 98507

Troy J. Munson, *pro se*

7

 # Summons

In the matter of  the income tax liability of Troy J. Munson (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)

Internal Revenue Service (Division):  Small Business / Self Employed

Industry/Area (name or number):  Western Area Examination

Periods: Tax years ending  December 31, 2004 through December 31, 2010

## The Commissioner of Internal Revenue

To:  JP Morgan Chase Bank; c/o CT Corporation System

At:  1801 West Bay Dr. NW Ste 206, Olympia, WA 98502

You are hereby summoned and required to appear before  Eric Nix, Revenue Agent 1001362189 and/or his designee
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

To provide records as per attached summons rider.

---

### Do not write in this space

---

**Business address and telephone number of IRS officer before whom you are to appear:**

1201 Pacific Avenue, Suite 550 MS. W806EN,  Tacoma WA 98402

**Place and time for appearance at** Mail to the address provided above

**IRS**

on the ____13____ day of ___November___ , __2011__ at __8:00__ o'clock __a__ m.

Issued under authority of the Internal Revenue Code this __13__ (year) day of ___October___ , __2011__ (year)

**Department of the Treasury
Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 12-2008)
Catalog Number 21405J

_____ Signature of issuing officer

_____ Signature of approving officer (if applicable)

Revenue Agent  #1001362189
                              Title

Group Manager #1000278904
                              Title

Part C — to be given to noticee

EXIBIT A

Advanced Chiropractic Health & Wellness Center, LLC
Troy Munson
218 Washington Ave S
Orting, WA 98360-1596

```
 _____FILED _____LODGED
 _____RECEIVED

        OCT 28 2011

      CLERK U.S. DISTRICT COURT
 WESTERN DISTRICT OF WASHINGTON AT TACOMA
 BY_____DEPUTY
```

Dear Clerk of the Court:


Please find enclosed an original petition to quash an IRS summons and associated documents, and two copies (for each action), for filing. Please return a conformed copy of the documents to me in the self addressed envelop.

Also enclosed are the original summons ( in each case). Please endorse the summons accordingly and return them to me so I can serve them on the appropriate parties.

Enclosed is a  money order in the amount of 39.00 for the miscellaneous filing which is what the District Court of Ohio and the District Court of Arizona both maintain for a petition to Quash and in addition I have enclosed their notes on a filing last month.  They also said I did not need a cover sheet as a Petition to Quash was not a civil case but a miscellaneous case. On your web site it also classifies this as a miscellaneous case and not a civil case.   So, I ask that you would Please file this miscellaneous case as a miscellaneous case for the enclosed $39.00 money order.  If by chance the other courts and web site are in error and there are additional fees please file and date them and return the US Summons with the corrected fee schedule enclosed for the Quash.

Thank you for your assistance in this matter.


Yours Truly,


Troy Munson
enclosures: as stated